USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11/21/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLEY FRANCIS,

          Plaintiff,

   - against -

230 WEST 97th STREET, LLC et al.

          Defendants.

18cv771 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties should advise the Court by **November 27, 2019** whether they consent to try the case before Magistrate Judge Aaron.

SO ORDERED.

Dated:   New York, New York
        November 20, 2019

                                   John G. Koeltl
                              United States District Judge